■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE SHANKLIN, Appellant. [627 NYS2d 605] —Judgment unanimously affirmed. Same Memorandum as in *People v Funderburk* (214 AD2d 990 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Mischief, 3rd Degree.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.